IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>Plaintiff<br><br>v.<br><br>**GUALBERTO VEGA**<br><br>Defendant | **Criminal No. 3:12-cr-00691-19** |

**INFORMATIVE MOTION NOTIFYING VIOLATIONS OF SUPERVISED RELEASE CONDITIONS, REQUESTING AN ARREST WARRANT AND ORDER TO SHOW CAUSE HEARING**

**COMES NOW, GRACE MORINGLANE, UNITED STATES PROBATION OFFICER** of this Honorable Court, presenting an official report on the conduct and attitude of Mr. Gualberto Vega. On July 1, 2013, Mr. Vega appeared before the Honorable Jose A. Fuste, United States District Judge of the District of Puerto Rico, for the purpose of sentencing, after pleading guilty to 18:924(c)(1)(A): Using and carrying firearms during and in relation to a drug trafficking crime. On January 17, 2023 he appeared before the Honorable Aida M. Delgado-Colón for a revocation of his supervised release term. On May 16, 2025, he was released from the custody of the Lawton Correctional and Rehabilitation Facility to probation with Tulsa County in case CF-2022-3741 after completing a pending sentence. He resumed his supervised release of 58 months and the same is scheduled to expire on November 14, 2029. Mr. Vega is on a courtesy

supervision with the Northern District of Oklahoma Probation Office until he secures his personal document and valid ID to travel to his sentencing district.

Since the commencement of his supervised release term, Mr. Vega has violated the following conditions:

1. **MANDATORY CONDITION #1: "YOU MUST NOT COMMIT ANOTHER FEDERAL, STATE OR LOCAL CRIME."**
2. **MANDATORY CONDITION #2: "YOU MUST NOT UNLAWFULLY POSSESS A CONTROLLED SUBSTANCE."**
3. **MANDATORY CONDITION #3: "YOU MUST REFRAIN FROM ANY UNLAWFUL USE OF A CONTROLLED SUBSTANCE. YOU MUST SUBMIT TO ONE DRUG TEST WITHIN 15 DAYS OF RELEASE FROM IMPRISONMENT AND AT LEAST TWO PERIODIC DRUG TESTS, THEREAFTER, AS DETERMINED BY THE COURT.**
4. **STANDARD CONDITION OF SUPERVISION #10: "YOU MUST NOT OWN, POSSESS, OR HAVE ACCESS TO A FIREARM, AMMUNITION, DESTRUCTIVE DEVICE, OR DANGEROUS WEAPON (I.E., ANYTHING THAT WAS DESIGNED, OR WAS MODIFIED FOR, THE SPECIFIC PURPOSE OF CAUSING BODILY INJURY OR DEATH TO ANOTHER PERSON SUCH AS NUNCHAKUS OR TASERS)."**

On July 9, 2025, Mr. Vega was stopped by the Tulsa Police Department during a traffic intervention. During the intervention, Officer C. Beyerl with badge number 2183 observed numerous glass vials containing white crystals (suspect methamphetamine) and large quantity of cash. A field test on a sample was conducted and tested presumptive for methamphetamine. In addition, Officer C. Beyerl, found a loaded pistol underneath the front passenger seat.

**WHEREFORE**, considering Mr. Vega has reportedly engaged in conduct that constitutes new felonious criminal behavior that possess a significant threat to public safety, it is respectfully requested that the Court issues an arrest warrant so that Mr. Vega may be brought before this Honorable Court to show cause why his supervision term should not be revoked.

In San Juan, Puerto Rico, this July 10, 2025

Respectfully submitted,
LUIS O. ENCARNACION, CHIEF
U.S. PROBATION OFFICER

s/Grace Moringlane
Grace Moringlane
U.S. Probation Officer
Federal Office Bldg. Room 225
150 Carlos Chardón Avenue
San Juan, PR 00918-1741
Telephone: (787) 766-5596
Fax: (787) 766-5945
grace_moringlane@prp.uscourts.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that today, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the parties in this case.

In San Juan, Puerto Rico, this July 10, 2025.

s/Grace Moringlane
Grace Moringlane
U.S. Probation Officer